Dale L. Smith
OSB# 79398
61149 S Hwy 97
PMB #306
Bend OR 97702
541-382-3402

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>Mark A Mann,<br><br>       Debtor.<br>_____<br><br>Mark A Mann,<br><br>       Plaintiff,<br><br>       vs.<br><br>Midland Funding, LLC<br><br>       Defendant. | Case No. 11-66256-tmr7<br><br><br><br>Adversarial No.<br><br>COMPLAINT TO DETERMINE DISCHARGE<br>AND STATUS AS VOID OF JUDGMENTS OF<br>MIDLAND FUNDING LLC |

1.

This adversarial proceeding is brought in connection with plaintiff's Chapter 7 case, Case No. 11-66256-tmr7. The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C., Section 157, 1334 and 11 U.S.C., Section 522(h). Defendant Midland Funding, LLC was a creditor of plaintiff's.

2.

Plaintiff's petition for bankruptcy relief was filed on January 3, 2012.

Page -1- COMPLAINT TO DETERMINE DISCHARGE

3.

At the time of the filing of plaintiff's petition, Midland Funding, LLC had judgments against plaintiff as follows:

    1 - Judgment dated January 21, 2011 in case # 10CV0801 in Curry County, Oregon in the amount of $1791.60.

    2 - Judgment dated May 5, 2011 in case # 11CV0100 in Curry County, Oregon in the amount of $3512.81.

4.

Debtor received a discharge in his bankruptcy filing on March 28, 2012. The debts set forth in paragraph 3 herein were discharged.

5.

Section 524 of the Bankruptcy Code "voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtor with respect to any debt discharged under Section 727, 944, 1141, 1228 or 1328 of this title. . ."

6.

Pursuant to 11 USC Section 524(a)(1), the debts described in paragraph 3 herein are void and are not allowed to be shown as liens on any real property purchased by plaintiff after March 28, 2012.

Wherefore, plaintiff requests an Order as follows:

(1) Declaring the debts of Midland Funding LLC described herein as discharged.

(2) Declaring the debts of Midland Funding LLC described herein as void.

\_\_/s/ Dale L. Smith_____
Dale L. Smith
Attorney for Mark A Mann

Page -3- COMPLAINT TO DETERMINE DISCHARGE